| | |
|---|---|
| 1 | BARRETT K. GREEN, Bar No. 145393 |
| | DANIEL L. GONZALEZ, Bar No. 223517 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 2049 Century Park East, 5th Floor |
| | Los Angeles, CA 90067.3107 |
| 4 | Telephone: 310.553.0308 |
| | Facsimile: 310.553.5583 |
| 5 | E-mail: bgreen@littler.com; dlgonzalez@littler.com |

Attorneys for Plaintiff/Counter Defendant
COMPTON UNIFIED SCHOOL DISTRICT

LEEJANICE TOBACK, Bar No. 194211
LAW OFFICES OF LEEJANICE TOBACK
1520 Palos Verdes Drive West
Palos Verdes Estates, CA 90274
Telephone: (310) 465-0202
Facsimile: (310) 697-3504
E-mail: kidslaw@msn.com
Attorneys for Defendants/Counter-Plaintiffs
A.F., A MINOR STUDENT, W and S.F.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPTON UNIFIED SCHOOL DISTRICT, | Case No. CV09-01427 AHM (CWx) |
| Plaintiff/Counter-Defendant, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| A.F., A MINOR STUDENT, W and S.F., | |
| Defendants/Counter-Plaintiffs. | |

The Court having considered the parties' Stipulation Dismissing Action With Prejudice filed and served concurrently herewith, and good cause appearing therefore,

**HEREBY ORDERS, ADJUDGES, AND DECREES THAT:**

1. The entire action shall be and hereby is dismissed with prejudice;

2. Each party shall bear its/his/her/their own attorneys' fees and costs in connection with the prosecution and defense of this action (except for the attorneys' fees provided for in the settlement agreement); and

3. The district court shall retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

DATED: April 25, 2011

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1.